```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                               Case No. 09-cr-51-PB

**Jamie Hrycuna**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for August 18, 2009, citing the need for additional time to review newly produced discovery, resolve outstanding suppression issues, and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to October 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 27, 2009 final pretrial conference is continued to September 23, 2009 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 27, 2009

cc: Douglas J. Miller, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal