```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 09-cr-51-PB

**Jamie Hrycuna**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009, citing the need for additional time following the September 25, 2009 suppression hearing to review the case and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to November 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 25, 2009 final pretrial conference is continued to October 19, 2009 at 4:45 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 24, 2009

cc: Douglas J. Miller, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal